UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: JEREMY MICHAEL HUBER | CASE NO: 20-21464-beh<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 23 |

On 4/6/2020, I did cause a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 23

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/6/2020

/s/ Deborah A. Stencel
Deborah A. Stencel  1084167
Miller & Miller Law, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, WI  53203-1918
414 395 4525

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: JEREMY MICHAEL HUBER | CASE NO: 20-21464-beh |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 23 |

On 4/6/2020, a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 23

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/6/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Deborah A. Stencel
Miller & Miller Law, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, WI 53203-1918

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>07572<br>CASE 20-21464-BEH<br>EASTERN DISTRICT OF WISCONSIN<br>MILWAUKEE<br>MON APR 6 10-35-47 CDT 2020 | AT  T<br>PO BOX 5080<br>CAROL STREAM IL 60197-5080 | AD ASTRA RECOVERY SERVICES INC<br>7330 W 33RD STREET NORTH<br>WICHITA KS 67205-9369 |
| ADVANCE AMERICA<br>3730 S 27TH ST STE 110<br>MILWAUKEE WI 53221-1305 | ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | ALLY FINANCIAL INC<br>2740 ARTHUR ST<br>ROSEVILLE MN 55113-1303 |
| ALLY FINANCIAL INC<br>2740 ARTHUR ST<br>SAINT PAUL MN 55113-1303 | AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | ASHLEY M SANFILIPPO<br>PO BOX 470<br>BROOKFIELD WI 53008-0470 |
| ASSOCIATED BANK NA<br>1305 MAIN ST<br>STEVENS POINT WI 54481-2898 | ATTORNEY ERIC R ERDMAN<br>HAGER DEWICK  ZUENGLER SC<br>200 S WASHINGTON ST STE 200<br>RACINE WI 53405 | ATTORNEY KENNETH GORDON CALEWARTS<br>CALEWARTS DUFFY  GIGOT<br>716 PINE ST<br>PO BOX 488<br>GREEN BAY WI 54305-0488 |
| ATTORNEY KEVIN ERIC SKOGG<br>DOBBERSTEIN LAW FIRM LLC<br>225 S EXECUTIVE DR STE 201<br>PO BOX 470<br>BROOKFIELD WI 53008-0470 | ATTORNEY PHILLIP CARUSO<br>1660 NORTH PROSPECT AVENUE UNIT 2805<br>MILWAUKEE WI 53202-6716 | ATTORNEY RICHARD E STUECKROTH<br>DOBBERSTEIN LAW FIRM LLC<br>225 S EXECUTIVE DR STE 201<br>PO BOX 470<br>BROOKFIELD WI 53008-0470 |
| BAYCARE HEALTH SYSTEMS LLC<br>CO FINANCE SYSTEM OF GREEN BAY INC<br>PO BOX 1597<br>GREEN BAY WI 54305-1597 | BCG EQUITIES LLC<br>PO BOX 470<br>BROOKFIELD WI 53008-0470 | BALANCE CREDIT OF WISCONSIN LLC<br>DBS BALANCECREDITCOM<br>33 N LASALLE ST STE 200<br>CHICAGO IL 60602-3420 |
| BELLIN HEALTH<br>PO BOX 22487<br>GREEN BAY WI 54305-2487 | CEO BRETT ROBERTS<br>CREDIT ACCEPTANCE<br>25505 W 12 MILE RD<br>SOUTHFIELD MI 48034-8316 | CREDIT ACCEPTANCE<br>25505 W 12 MILE ROAD SUITE 3000<br>SOUTHFIELD MI 48034-8331 |
| CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CASH AMERICA TODAY<br>1338 S FOOTHILL DR 195<br>SALT LAKE CITY UT 84108-2321 | CASH CENTRAL<br>6785 BOBCAT WAY STE 200<br>DUBLIN OH 43016-1443 |
| CITIBANK NA<br>701 E 60TH STREET N<br>SIOUX FALLS SD 57104-0493 | CITIBANK NA<br>701 E 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0493 | COTTONWOOD FINANCIAL WISCONSIN LLC<br>1901 GATEWAY DR 200<br>IRVING TX 75038-2425 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CREDIT ACCEPTANCE CORPORATION<br>PO BOX 5070<br>SOUTHFIELD MI 48086-5070 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS NV 89193-8875 | DFSCASH CENTRAL OF DE<br>84 E 2400 N<br>NORTH LOGAN UT 84341-2902 |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | DOBBERSTEIN LAW FIRM LLC<br>225 S EXECUTIVE DR STE 201<br>BROOKFIELD WI 53005-4257 | DUKE CAPITAL LLC<br>225 S EXECUTIVE DR<br>BROOKFIELD WI 53005-4257 |
| DUKE CAPITAL LLC<br>PO BOX 470<br>BROOKFIELD WI 53008-0470 | FINANCE SYSTEMS OF GREEN BAY<br>301 N JACKSON<br>GREEN BAY WI 54301-4938 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 |
| G FORCE PROPERTIES LLC<br>2021 DECKNER AVE<br>GREEN BAY WI 54302-3587 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JENKIE MARIA V FORCE<br>2021 DECKNER AVE<br>RACINE WI 53402 |
| KOHN LAW FIRM<br>735 N WATER ST STE 1300<br>MILWAUKEE WI 53202-4106 | MIDLAND CREDIT MANAGEMENT<br>320 EAST BIG BEAVER<br>TROY MI 48083-1271 | NCB MANAGEMENT SERVICES INC<br>1 ALLIED DRIVE<br>TREVOSE PA 19053-6945 |
| NATIONAL CREDIT ADJUSTERS<br>PO BOX 550<br>HUTCHINSON KS 67504-0550 | OFFICE OF THE U S TRUSTEE<br>517 EAST WISCONSIN AVE<br>ROOM 430<br>MILWAUKEE WI 53202-4510 | ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| ONEMAIN<br>PO BOX 1010<br>EVANSVILLE IN 47706-1010 | PATHOLOGY CONSULTANTS OF GREEN BAY<br>CO FINANCE SYSTEM OF GREEN BAY INC<br>PO BOX 1597<br>GREEN BAY WI 54305-1597 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | REPUBLIC BANK AND TRUST COMPANY<br>PO BOX 70749<br>LOUISVILLE KY 40270-0749 | RISE FINANCIAL LLC<br>4150 INTERNATIONAL PLAZA 300<br>FORT WORTH TX 76109-4819 |
| SPEEDY CASH<br>COLLECTION DEPARTMENT<br>3611 N RIDGE ROAD<br>WICHITA KS 67205-1214 | SPEEDYRAPID CASH<br>PO BOX 780408<br>WICHITA KS 67278-0408 | STUPAR SCHUSTER BARTELL<br>633 W WISCONSIN AVE 1800<br>MILWAUKEE WI 53203-1955 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
WISCONSIN DEPARTMENT OF REVENUE      ECOMMISSION                      EXCLUDE
SPECIAL PROCEDURES UNIT              11612 BEE CAVES RD                DEBORAH A STENCEL
PO BOX 8901                          BUILDING II STE 200               MILLER & MILLER LAW LLC
MADISON WI 53708-8901                AUSTIN TX 78738-5409              633 W WISCONSIN AVE
                                                                       STE 500
                                                                       MILWAUKEE WI 53203-1905


DEBTOR                               LORI M HUBER                      REBECCA R GARCIA
JEREMY MICHAEL HUBER                 2756 CORMIER RD                   CHAPTER 13 TRUSTEE
1940 RENAISSANCE CT                  GREEN BAY WI 54313-5475           PO BOX 3170
GREEN BAY WI 54313-4347                                                OSHKOSH WI 54903-3170
```