```
                           United States Bankruptcy Court
                            Eastern District of Wisconsin
```

In re:                                                              Case No. 20-21464-beh
Jeremy Michael Huber                                                Chapter 13
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0757-2        User: lmi              Page 1 of 1            Date Rcvd: Aug 04, 2020
                            Form ID: pdf5          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
db          +Jeremy Michael Huber,   1940 Renaissance Ct,   Green Bay, WI 54313-4347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
        Deborah A. Stencel    on behalf of Debtor Jeremy Michael Huber deborah@millermillerlaw.com,
         stenceldr73650@notify.bestcase.com;cheryl@millermillerlaw.com;paula@millermillerlaw.com;christine
         @millermillerlaw.com
        Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
        Rebecca R. Garcia    filings@ch13oshkosh.com
        Rebecca R. Garcia    on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com
                                                                                                                                                         TOTAL: 4

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: August 4, 2020

Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:
JEREMY MICHAEL HUBER

Chapter 13

Case No.: 20-21464-BEH

Debtor

### ORDER CONFIRMING CHAPTER 13 PLAN

The debtor filed a chapter 13 plan on April 3, 2020. The plan was transmitted as required by Federal Rule of Bankruptcy Procedure 3015, Local Rule 3015, or court order. The plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

1. The debtors' chapter 13 plan is confirmed. This order gives effect to all of the plan's terms.

2. Debtor will make plan payments of $606.15 per month for the 60-month plan.

3. Unless otherwise provided by the plan or court order, the debtors' attorney is allowed the presumptively reasonable fee, and the trustee may disburse any unpaid portion of that fee in the manner provided for in the plan.

4. Unless the court otherwise orders, all creditors with claims entitled to priority under 11 U.S.C. §507 must be paid, in pro rata deferred cash payments, the full amount of the portion of their claim that is entitled to that priority.

5. The debtor must provide the trustee with a copy of each federal and state income tax return filed during the plan term within 14 days of filing any return.

6. The debtor may not borrow money, incur credit or sell or transfer property of the estate without the express written consent of the trustee or an order of this court.

7. If the debtor is engaged in business, the debtor must provide periodic financial statements to the trustee.

#####