United States Bankruptcy Court
Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 20-21464-beh |
| Jeremy Michael Huber | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 1 |
| Date Rcvd: Jul 21, 2021 | Form ID: hrntbeh2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Michael Huber, 1940 Renaissance Ct, Green Bay, WI 54313-4347 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 23, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal A Banse | on behalf of Creditor Worth Enterprises Inc. crystal@banselaw.com |
| Deborah A. Stencel | on behalf of Debtor Jeremy Michael Huber deborah@millermillerlaw.com<br>stenceldr73650@notify.bestcase.com;cheryl@millermillerlaw.com;paula@millermillerlaw.com;christine@millermillerlaw.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Rebecca R. Garcia | filings@ch13oshkosh.com |
| Rebecca R. Garcia | on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re  
Jeremy Michael Huber,  
        Debtor.

Chapter 13  
Case No. 20−21464−beh

## NOTICE OF TELEPHONE HEARING

TO:    Jeremy Michael Huber         Attorney Deborah A. Stencel  
                                                    Trustee Rebecca R. Garcia  
                                                    Attorney Crystal Banse

    PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before Beth E. Hanan, United States Bankruptcy Judge, on **August 3, 2021, at 10:30 AM,** to consider the Debtor's Objection to the Motion to Set Aside the Confirmation Order and Lift the Automatic Stay filed by Worth Enterprises, LLC.

    PLEASE TAKE FURTHER NOTICE that **in order to appear by telephone, you must call the Court conference line at 1−888−808−6929, and enter access code 9122579 before the scheduled hearing time.** The Court may already be in session, so please wait quietly for your case to be called.

    **Should any party have a conflict with the scheduled date and time for this hearing, that party should review the Chambers Procedures for Judge Hanan, which can be found on our website at www.wieb.uscourts.gov.**

    PLEASE TAKE FURTHER NOTICE that at the telephone hearing, the Court may rule or may schedule additional hearings, without further notice.

                                                                                  By the Court:

                                                                                  _____/s/_____  
                                                                                  Beth E. Hanan  
July 21, 2021                                                     United States Bankruptcy Judge