

CRYSTAL A. BANSE
Attorney | Founder
crystal@banselaw.com

October 13, 2021

Judge Beth E. Hanan
United States Bankruptcy Court
Eastern District of Wisconsin

In Re: Jeremy Michael Huber
Case No. 20-21464-beh  - Chapter 13

Dear Honorable Hanan,

I am the Attorney for the Creditor, Worth Enterprises, and Attorney Deborah A. Stencel is the Attorney for the Debtor, Jeremy Michael Huber.  We are jointly requesting that the Hearing scheduled for tomorrow, October 14, 2021 at 2:00pm be adjourned.  I have an international flight scheduled at 2:22pm and have to be on board 45 minutes prior to the departure, including additional transportation prior to the flight.

Both Attorneys have conferred and are in agreement that based on 11 U.S.C. § 362(e)(1) and our renewed commitment to settlement, it is for the best interest of our clients.

For scheduling purposes, Attorney Deborah Stencel will be unavailable the week of October 18, 2021 through October 22, 2021, as she will be out of town.

Very truly yours,


/s/ Crystal A. Banse
Crystal A. Banse, Attorney
Banse Law Group



/s/ Deborah A. Stencel
Deborah A, Stencel, Attorney
Miller & Miller