

CRYSTAL A. BANSE
Attorney | Founder
crystal@banselaw.com

October 25, 2021

The Honorable Beth E. Hanan
United States Bankruptcy Court
Eastern District of Wisconsin

In Re: Jeremy Michael Huber
Case No. 20-21464-beh - Chapter 13

Dear Judge Hanan,

I am the Attorney for the Creditor, Worth Enterprises, and Attorney Deborah A. Stencel is the Attorney for the Debtor, Jeremy Michael Huber. We are respectfully jointly requesting that the Hearing scheduled for tomorrow, October 25, 2021, at 10:30 am be adjourned for an additional two weeks.

    Both parties have conferred and agree that this will be in the best interest of everyone since the parties are close to settling the above-captioned matter; we need additional time to finalize the terms.

Respectfully,


/s/ Crystal A. Banse
Crystal A. Banse, Attorney
Banse Law Group



/s/ Deborah A. Stencel
Deborah A, Stencel, Attorney
Miller & Miller

A 1433 N. Water Street, Suite 400, Milwaukee, WI 53202    O 414-209-0377    F 414-295-9088    W banselaw.com